# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151655(34)

REVERSE MORTGAGE SOLUTIONS, INC.,
   Plaintiffs-Appellee,

v

ESTATE OF OSCAR L. BATCHELOR,
TERRENCE CRAWFORD, YVETTE
CRAWFORD, and all other occupants,
   Defendants-Appellants.
_____/

SC: 151655
COA: 322927
Wayne CC: 13-001662-AV

   On order of the Chief Justice, the motion of the Estate of Oscar L. Batchelor to substitute for defendant-appellant Oscar L. Batchelor, deceased, pursuant to MCR 2.202(A)(1) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015

